**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

CONCRETE RECYCLING CENTERS OF PUERTO RICO LLC, *et al.*,

**Plaintiffs**,

**v.**

CCW METAL RECYCLING LLC, *et al.*,

**Defendants**.

**Civil No.** 24-1573 (FAB)

**JUDGMENT**

In accordance with the order entered today (Docket No. 14), this case is **DISMISSED with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 4, 2026.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE